| | |
|---|---|
| Date: 07-08-14    Judge: **LIAM O'GRADY** | Reporter: N. Linnell |
| Time: 1:03  To  1:25 | Interpreter: _____ |
| | Language: _____ |

UNITED STATES of AMERICA

vs.

ROBERT AUDUBON WHITFIELD        1:13CR00383-006
Defendant's Name                                    Case Number

Elita Amato                                           Alexander Nguyen and Richard Green
Counsel for Defendant                        Counsel for Government

Matter called for:
( ) Motions   ( ) Setting Trial Date   ( X ) Change of Plea Hrg.   ( ) Rule 35   ( ) Arraignment
( ) Appeal from USMC   ( ) Sentencing   ( ) Rule 20 & Plea   ( ) Probation/Supervised Release Hrg
( ) Pre-Indictment Plea   ( ) Other: _____

Defendant appeared:    ( X ) in person         ( ) failed to Appear
                                     ( X ) with Counsel    ( ) without counsel    ( ) through counsel

Filed in open court:

( X ) Criminal Information   ( X ) Plea Agreement   ( X ) Statement of Facts   ( X ) Waiver of Indictment


Arraignment & Plea:
( ) WFA    ( ) FA    ( X ) PG    ( ) PNG    Trial by Jury: ( ) Demanded    ( ) Waived

Defendant entered a Plea of Guilty pursuant to Rule 11(c)(1)(C) as to Count <u>1 of the Criminal Information (Class A Misdemeanor).</u>

Defendant directed to USPO for PSI: ( X ) Yes    ( ) No
Case continued to    11/21/14    at  9:00 a.m.    for:   ( X ) Sentencing

<u>Court accepts plea. Government's Motion to Dismiss the Indictment - GRANTED. Order entered and filed in open court.</u>

Defendant is continued on present bond. Counsel for defendant asked that the computer restrictions be removed, without objection from the government. Counsel to submit a proposed Order amending the defendant's conditions of release.

Email P.O. and Jury: X                Jury trial set: 10/07/14
LOG Red Book  X
Chambers calendar  X